No. 4280.—Gely, aplte., v. Sucn. Rodríguez, aplda.— C. D. Guayama. Julio 12, 1928.

Por cuanto resuelto este caso por sentencia de la Corte de Distrito de Guayama de 2 de septiembre de 1924, confirmada por la de esta Corte Suprema de julio 22, 1925, 34

D.P.R. 522, la apelante Providencia Gely presentó una moción a fin de que se incluyeran nuevos bienes en el inventario de los dejados a su muerte por el que fué su esposo Fructuoso Rodríguez, y aportó prueba sobre el particular;

POR CUANTO la dicha corte de distrito estimando que la prueba aportada no demostraba satisfactoriamente que los bienes que en ella se detallan correspondieran a la sociedad de gananciales Rodríguez-Gely, declaró la pretensión de la Sra. Gely sin lugar; y

POR CUANTO habiendo apelado la dicha Sra. Gely presentó un alegato que analizado en relación con los autos no convence por completo a esta Corte Suprema que la de distrito errara al actuar en la forma en que lo hizo;

POR TANTO, se declara sin lugar la apelación interpuesta y se confirma la sentencia recurrida.